| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     Mag. No. S-07-0233 EFB |
| v. | ) |
| | ) |
| KLIFFORD SEAN ROSE | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
           (X) Ad Prosequendum               () Ad Testificandum

Name of Detainee:    KLIFFORD SEAN ROSE
Detained at (custodian): Sacramento County Jail, 651 I Street, Sacramento, CA 95814
Detainee is:        a.)    (X) charged in this district by:  () Indictment  () Information  (X) Complaint
                       charging detainee with: <u>Possessing Images Depicting Minors Engaged in Sexually Explicit</u>
<u>Conduct & Using a Minor to Engage in Sexually Explicit Conduct to Produce Visual Depiction of Such Conduct the Production for</u>
<u>which Involved Materials Transported in Interstate Commerce</u>
       or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
       or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is
                     currently being served at the detaining facility

    *Appearance is necessary <u>forthwith</u>, but no later than Monday, July 23, 2007 at 11:00 a.m., in the Eastern District*
*of California.*

| | |
|---|---|
| Signature: | /s/ Heiko P. Coppola |
| Printed Name & Phone No: | Heiko P. Coppola (916) 554-2770 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
           (X) Ad Prosequendum               () Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, but no later than Monday, July 23,
2007 at 11:00 a.m., and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return
said detainee to the above-named custodian.

Date:  July 20, 2007.

                                                  _____
                                              United States Magistrate Judge

Please provide the following, if known:
AKA(s) (if applicable):                                        Male
Booking or CDC #:    06-323598                              DOB: XX-XX-1965
Facility Address:    Sacramento County Jail                  Race: White
                     651 I Street, Sacramento, CA 95814    FBI #: 218656DC8
Facility Phone:      (916) 874-6752

Currently Incarcerated For:   Lewd Acts on a Child Under Age, 288(a) PC

## RETURN OF SERVICE

Executed on     _____     By: _____
                                                      (Signature)