```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8            FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )   NO.  07-MJ-0233-EFB
                                 )
11             Plaintiff,        )
                                 )   STIPULATION AND ORDER TO
12       v.                      )   EXTEND TIME FOR PRELIMINARY
                                 )   EXAMINATION AND EXCLUDE TIME
13  KLIFFORD SEAN ROSE,          )
                                 )   DATE: August 15, 2007
14             Defendant.        )   Time: 2:00 p.m.
    _____)   Judge: Dale A. Drozd
15
16
```

17      Defendant KLIFFORD SEAN ROSE, by and through his counsel,
18 DENNIS S. WAKS, Supervising Assistant Federal Defender, and the
19 United States Government, by and through its counsel, HEIKO
20 COPPOLA, Assistant United States Attorney, hereby stipulate that
21 the preliminary hearing for Klifford Sean Rose, set for August 6,
22 2007 be rescheduled for Wednesday, August 15, 2007 at 2:00 p.m.
23      This continuance is being requested because defense counsel
24 requires additional time to review discovery, discuss the case
25 with the government, and pursue investigation.
26      Further, the defendant consents to an extension of the time
27 for preliminary examination until August 15, 2007.  Fed. R. Crim.
28 P. 5.1(d).  The parties submit that the ends of justice are

1  served by the Court excluding such time, so that they may have
2  reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.  18 U.S.C.
4  § 3161(h)(8)(B)(iv).  In particular, the time is required so that
5  the parties can discuss a proposed disposition and conduct
6  investigation.  The parties stipulate that this interest of
7  justice outweighs the interest of the public and the defendants
8  in a speedy filing of an indictment or information, 18 U.S.C. §§
9  3161(b), (h)(8)(A), and further that this good cause outweighs
10 the public's interest in the prompt disposition of criminal
11 cases.  Fed. R. Crim. P. 5.1(d).
12      The parties further request that this matter be taken off
13 calendar until August 15, 2007 or such time as either party may
14 request a hearing for a purpose other than preliminary
15 examination.

16 DATE: August 1, 2007                 Respectfully Submitted,

17                                      McGREGOR W. SCOTT
                                        United States Attorney
18
                                         /s/  Dennis S. Waks for
19                                      HEIKO COPPOLA
                                        Assistant U.S. Attorney
20
   DATED: August 1, 2007                /s/ Dennis S. Waks
21                                      Supervising Assist. Fed.
                                        Defender
22                                      For KLIFFORD SEAN ROSE

23 **SO ORDERED.**

24 DATED: August 2, 2007.

25
26                                      DALE A. DROZD
27                                      UNITED STATES MAGISTRATE JUDGE

28 Ddad1/orders.criminal/rose0233.stipord