McGREGOR W. SCOTT
United States Attorney
HEIKO COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No. 2:07-CR-0356 EJG
              Plaintiff,    )
                            )
    vs.                     )   **ORDER UNSEALING**
                            )   **PROCEEDINGS AND SEALING**
KLIFFORD SEAN ROSE,         )   **COMPLAINT**
                            )
              Defendant.    )
_____)

**O R D E R**

Upon Application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that these proceedings are hereby UNSEALED. IT IS ALSO HEREBY ORDERED that the criminal complaint and attached affidavit, filed in the above-captioned matter is hereby ordered, to remain SEALED until further order of this Court.

DATED: August 15, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/rose0356.ord