DANIEL J. BRODERICK, BAR #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>KLIFFORD SEAN ROSE,<br><br>   Defendant. | CR.S-07-356-EJG<br><br>STIPULATION AND ORDER TO<br>EXTEND AND EXCLUDE TIME<br><br>DATE: November 16, 2007<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

   Defendant KLIFFORD SEAN ROSE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, HEIKO COPPOLA, Assistant United States Attorney, hereby stipulate that the status conference for Klifford Sean Rose, set for September 28, 2007 be rescheduled for Friday, November 16, 2007 at 10:00 a.m.

   This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

   The Federal Defenders Office was appointed to represent Mr. Rose on July 23, 2007.  The defendant also has a pending state

1

criminal case. Furthermore, counsel for the defendant will be on vacation out of state from October 25, 2007 to November 12, 2007.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 16, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 25, 2007

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant Federal Defender For KLIFFORD ROSE

DATED:  September 25, 2007        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: September 27, 2007

                                        /s/ Edward J.  Garcia
                                        EDWARD J. GARCIA
                                        United States District Court Judge