DANIEL J. BRODERICK, BAR #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KLIFFORD SEAN ROSE,<br><br>    Defendant. | CR.S. 07-356-EJG<br><br>STIPULATION AND ORDER TO<br>EXTEND AND EXCLUDE TIME<br><br>DATE: December 21, 2007<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

Defendant KLIFFORD SEAN ROSE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, HEIKO COPPOLA, Assistant United States Attorney, hereby stipulate that the status conference for Klifford Sean Rose, set for November November 30, 2007 be rescheduled for Friday, December 21, 2007 at 10:00 a.m. for a status conference/change of plea hearing.

This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

The Federal Defenders Office was appointed to represent Mr. Rose on July 23, 2007.  The defendant also has a pending state

criminal case. The parties are attempting to negotiate a package on both the federal and state cases.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for December 21, 2007 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 27, 2007

                                  Respectfully Submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  Supervising Assistant Federal
                                  Defender For KLIFFORD ROSE

DATED:  November 27, 2007        McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/  Dennis S. Waks for
                                  HEIKO COPPOLA
                                  Assistant U.S. Attorney

**SO ORDERED.**

Dated: November 27, 2007

                                 /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 United States District Court Judge