```
 1  DANIEL J. BRODERICK, BAR #89424
    Federal Defender
 2  DENNIS S. WAKS, BAR #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6
 7                  IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CR.S. 07-356-EJG
                                  )
11               Plaintiff,       )
                                  )   STIPULATION AND ORDER TO
12       v.                       )   EXTEND AND EXCLUDE TIME
                                  )
13  KLIFFORD SEAN ROSE,           )   DATE: January 18, 2008
                                  )   Time: 10:00 a.m.
14               Defendant.       )   Judge: Edward J. Garcia
    _____ )
15
```

        Defendant KLIFFORD SEAN ROSE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, HEIKO COPPOLA, Assistant United States Attorney, hereby stipulate that the status conference for Klifford Sean Rose, set for December 21, 2007 be rescheduled for Friday, January 18, 2008 at 10:00 a.m. for a status conference/change of plea hearing.

        This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

        The Federal Defenders Office was appointed to represent Mr. Rose on July 23, 2007.  The defendant also has a pending state

1

criminal case. The parties are attempting to negotiate a package on both the federal and state cases.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 18, 2008 pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 19, 2007

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Dennis S. Waks
Supervising Assistant Federal
Defender For KLIFFORD ROSE

DATED:   December 19, 2007         McGREGOR W. SCOTT
United States Attorney

/s/  Dennis S. Waks for
HEIKO COPPOLA
Assistant U.S. Attorney

**SO ORDERED.**

Dated: Dec. 20, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Court Judge

2