DANIEL J. BRODERICK, BAR #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.S. 07-356-EJG |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND AND EXCLUDE TIME |
| ) | |
| KLIFFORD SEAN ROSE, ) | DATE: February 29, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Edward J. Garcia |
| _____) | |

    Defendant KLIFFORD SEAN ROSE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, HEIKO COPPOLA, Assistant United States Attorney, hereby stipulate that the status conference for Klifford Sean Rose, set for January 18, 2008 be rescheduled for Friday, February 29, 2008 at 10:00 a.m. for a status conference/change of plea hearing.

    This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government, and pursue investigation.

    The Federal Defenders Office was appointed to represent Mr. Rose on July 23, 2007.  The defendant also has a pending state

criminal case; that case was filed in September, 2006.  The parties are attempting to negotiate a package on both the federal and state cases.

Speedy trial time is to be excluded from the date of this order through the date of the status conference/change of plea set for February 29, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 15, 2008

                                        Respectfully Submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Dennis S. Waks
                                        Supervising Assistant Federal
                                        Defender For KLIFFORD ROSE

DATED:  January 15, 2008       McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/  Dennis S. Waks for
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney

**SO ORDERED.**

Dated: January 17, 2008

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Court Judge