McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 2:07-cr-0356 EJG |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| KLIFFORD SEAN ROSE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Klifford Sean Rose, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 2253, defendant Klifford Sean Rose's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a.  Sony Handycam video camera;

       b.  Western Digital Caviar, 80 gigabyte hard drive (#WCAM91950105) removed from HP Pavilion 8570c computer (#US92157026);

///

        c.    Quantum Bigfoot 20 gigabyte hard drive (#ATS10G70) removed from HP Pavilion 8570c computer (#US92157026);

        d.    Generic 15 gigabyte hard drive (#01500521422) removed from generic computer tower (#810LMR01300);

        e.    IBM Travelstar 20 gigabyte hard drive (#2429A013VMI14V) removed from Compaq 2700US computer (#6D1BKDK621FM);

        f.    IBM Travelstar 2 gigabyte hard drive (#46H6136E594330S69) removed from Compaq LTE 5200 (#0508FT16);

        g.    Toshiba MK2720FC 1.3 gigabyte hard drive (#56M28837G) removed from Compaq LTE 5100 (#5057MH10); and

        h.    All other video equipment seized.

2.    The above-listed assets constitute property used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2251(b).

3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States in its secure custody and control.

4.    a.    Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith shall publish at least once for three successive weeks in <u>The Daily Recorder</u> (Sacramento County), a newspaper of general circulation located in the county in which the above-listed property was seized, notice of this Order, notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed property must file a petition with

the Court within thirty (30) days of the final publication of the notice or of receipt of actual notice, whichever is earlier.

  b.  This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

  c.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

SO ORDERED this 25th day of February, 2008.


/s/ Edward J. Garcia  
EDWARD J. GARCIA  
United States District Judge