DANIEL J. BRODERICK, BAR #89424
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>             Plaintiff,     )<br>                             )<br>     v.                      )<br>                             )<br>KLIFFORD SEAN ROSE,          )<br>                             )<br>             Defendant.      )<br>_____) | CR.S. 07-356-EJG<br><br>STIPULATION AND ORDER TO<br>EXTEND AND EXCLUDE TIME<br><br>DATE: May 9, 2008<br>Time: 10:00 a.m.<br>Judge: Edward J. Garcia |

    Defendant KLIFFORD SEAN ROSE, by and through his counsel, DENNIS S. WAKS, Supervising Assistant Federal Defender, and the United States Government, by and through its counsel, HEIKO COPPOLA, Assistant United States Attorney, hereby stipulate that the judgment and sentencing set for April 25, 2008 be rescheduled for Friday, May 9, 2008 at 10:00 a.m.

    The following will be the new schedule for disclosure of the Presentence Report:

```
Counsel's Written Objections to the
Presentence Report shall be due no
Later Than . . . . . . . . . . . . . . . . . . . . . April 18, 2008

The Presentence Report Shall be Filed with
the Court and Disclosed to Counsel no
Later Than . . . . . . . . . . . . . . . . . . . . . April 25, 2008
```

1

```
     Motion for Correction of the Presentence Report
     Shall be Filed with the Court and Served on the
     Probation Officer and Opposing Counsel
     no Later Than . . . . . . . . . . . . . . . . . . May 2, 2008
```

This continuance is being requested because defense counsel requires additional time to review the report with the defendant and prepare objections.

DATED: April 10, 2008

```
                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Dennis S. Waks
                              Supervising Assistant Federal
                              Defender For KLIFFORD ROSE
```

DATED:  April 10, 2008         McGREGOR W. SCOTT
                               United States Attorney

```
                              /s/  Dennis S. Waks for
                              HEIKO COPPOLA
                              Assistant U.S. Attorney
```

**SO ORDERED.**

Dated: <u>April 14</u>, 2008

```
                              /s/ Edward J. Garcia
                              EDWARD J. GARCIA
                              United States District Court Judge
```

2