# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.  )  CR NO: 2:07-CR-0356 EJG

KLIFFORD SEAN ROSE

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **KLIFFORD SEAN ROSE**

Detained at (custodian): **Deuel Vocational Institution (DVI) Tracy, CA, State Custody**

Detainee is: a.) ☒ charged in this district by:
☐ Indictment    ☒ Information    ☐ Complaint
Charging Detainee With: **18 U.S.C. § 2251(b) - Use of Minor by a Custodial Person to Engage in Sexually Explicit Conduct for the Purpose of Producing a Visual Depiction**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary before the Honorable Edward J. Garcia, U.S. District Judge, on Friday May 23, 2008 at 10:00a.m. in the Eastern District of California.*

Signature: /s/ Heiko P. Coppola
Printed Name & Phone No: **Heiko P. Coppola, Tel: 916-554-2770**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *May 23, 2008 at 10:00a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

May 5, 2008                                   /s/ Edward J. Garcia
Date                                          HON. EDWARD J. GARCIA
                                              United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____    Male

Booking or CDC #: **G11474**    DOB: 1965
Facility Address: 23500 Kasson Road    Race: _____
Tracy, CA 95376    FBI #: _____
Facility Phone: (209) 835-4141
Currently Incarcerated For: _____

### RETURN OF SERVICE

Executed on _____ by _____
(Signature)

Form Crim-48                                  Revised 11/19/97