1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-356 EJG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| KLIFFORD SEAN ROSE | ) | |
| Defendant. | ) | |

The parties request that the sentencing hearing in this case be continued from May 9, 2008 to May 23, 2008 at 10:00 a.m.  The reasons for this continuance are: (1) Defendant Rose was unexpectedly removed from the Sacramento County Jail by the California Department of Corrections, with no notice to the parties, to begin serving his state sentence; (2) the Government must secure a writ to bring the defendant before this Court for sentencing and; (3) once the writ is granted, it may take some time for the United States Marshal's Service to transport the defendant to Sacramento for the sentencing hearing.

The Probation Officer, Teresa Hoffman, has been advised of this continuance request and has no objection.

                                             Respectfully Submitted,

                                             McGREGOR W. SCOTT
                                             United States Attorney

DATE: May 5, 2008       By:  /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

DATE: May 5, 2008          /s/ Dennis Waks[1]
                                      DENNIS WAKS
                                      Attorney for Defendant

                                       **SO ORDERED.**

DATE:   May 5, 2008
                                       /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       U.S. District Judge

---

[1] AUSA Coppola was authorized by Mr. Waks to sign his name electronically for the purpose of this stipulation.