McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 2:07-cr-0356 EJG |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| KLIFFORD SEAN ROSE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

WHEREAS, on February 27, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Klifford Sean Rose forfeiting to the United States the following property:

        a.   Sony Handycam video camera;

        b.   Western Digital Caviar, 80 gigabyte hard drive (#WCAM91950105) removed from HP Pavilion 8570c computer (#US92157026);

        c.   Quantum Bigfoot 20 gigabyte hard drive (#ATS10G70) removed from HP Pavilion 8570c computer (#US92157026);

        d.   Generic 15 gigabyte hard drive (#01500521422) removed from generic computer tower (#810LMR01300);

1         e.    IBM Travelstar 20 gigabyte hard drive (#2429A013VMI14V) removed from Compaq 2700US computer (#6D1BKDK621FM);

        f.    IBM Travelstar 2 gigabyte hard drive (#46H6136E594330S69) removed from Compaq LTE 5200 (#0508FT16);

        g.    Toshiba MK2720FC 1.3 gigabyte hard drive (#56M28837G) removed from Compaq LTE 5100 (#5057MH10); and

        h.    All other video equipment seized.

AND WHEREAS, on March 14, 21 and 28, 2008, the United States published notice of the Court's Preliminary Order of Forfeiture in The Daily Recorder (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Klifford Sean Rose.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

///

///

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this <u>23rd</u> day of<u> June   </u>, 2008.


           <u>/s/ Edward J. Garcia       </u>
           EDWARD J. GARCIA
           United States District Judge