HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
Attorney for Defendant
KLIFFORD ROSE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07-CR-00356-KJM |
| Plaintiff, ) | **STIPULATION AND ORDER RE: RESTITUTION** |
| v. ) | Judge: Hon. Kimberly J. Mueller |
| KLIFFORD ROSE, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Heiko Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Rachelle Barbour, attorney for Klifford Rose, Defendant, that restitution be determined as follows, and that the current court date of November 18, 2025, be dropped from calendar.

The parties agree that it is appropriate for the Court to enter this Order pursuant to 18 U.S.C. § 3664, as the initial restitution order left the exact amount open for determination in the future. (E.D. Cal., Doc. 42 (Judgment & Commitment Order); Exh. A (Response from PO).) The parties ask the Court to correct the order, which set forth an upper limit but did not specify the exact amount of restitution. *United States v. Clack*, 957 F.2d 659, 661 (9th Cir. 1992)(amount of restitution must be judicially established).

The parties agree that the amount of restitution to be ordered in this case under 18 U.S.C. § 2259(a) is $1920, to the victim previously identified in this case. Defense counsel has

consulted with Mr. Rose, who agrees with this stipulation. Should the Court adopt the Order below, the parties jointly request that the upcoming Court date be vacated.

The parties request that the restitution order include the following language:

**IT IS ORDERED** that the defendant shall pay restitution to the victim in the amount of $1920 as outlined in the stipulation of the parties, payment to begin immediately. The interest is waived. Restitution is to be sent to the Clerk of the Court who shall forward it to the victim.

                                    HEATHER WILLIAMS
                                    Federal Defender

Date: November 12, 2025       /s/ Rachelle Barbour

                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    KLIFFORD ROSE

Date: November 12, 2025      ERIC GRANT
                                    United States Attorney

                                    /s/Heiko Coppola
                                    HEIKO COPPOLA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

<u>ORDER</u>

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety and orders restitution as set forth above. The hearing of November 18, 2025 is dropped from calendar.

Dated: November 12, 2025.

                                                        UNITED STATES DISTRICT JUDGE